■ JEAN SCANDUR, Appellant, v. LEONARD SCANDUR, Respondent.— Order, entered October 24, 1967, unanimously modified, on the facts and on the law, to the extent of directing defendant to pay as temporary alimony the sum of $125 per week and the sum of $1,200 as and for counsel fees, and deleting the fifth decretal paragraph thereof, and, as so modified, affirmed, without costs or disbursements. In the light of this record, the award of temporary alimony and counsel fees is inadequate. Concur — Steuer, J. P., Capozzoli, McGivern, Rabin and McNally, JJ.

■ In the Matter of LOWELL M. BIRRELL, an Attorney.— Motion to vacate order of disbarment denied. Concur — Botein, P. J., Stevens, Eager, Steuer and McGivern, JJ.

## (February 20, 1968)

■ In the Matter of CHARLES A. A'HEARN, Appellant, v. COMMITTEE ON UNLAWFUL PRACTICE OF THE LAW OF THE NEW YORK COUNTY LAWYERS' ASSOCIATION, Respondent.— Appeal taken by petitioner-appellant from the order of the Supreme Court, New York County, entered on January 8, 1968, transferred to the Appellate Division, Third Department, for hearing and determination. Concur — Stevens, J. P., Eager, Steuer, Capozzoli and Tilzer, JJ.

## (February 23, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRED SCHMIDT.— Motion to dismiss appeal granted. (See *People* v. *Pilon,* 27 A D 2d 688.) Concur — Eager, J. P., Steuer, Capozzoli, McGivern and Rabin, JJ.

## (February 27, 1968)

■ DION FOOTE, Appellant, v. MOLLIE KOSHEFF, Respondent.— Order entered July 11, 1966, dismissing action for failure to prosecute, unanimously affirmed, with $30 costs and disbursements to the respondent. Appeal from order entered September 9, 1966, denying reargument, unanimously dismissed without costs and without disbursements. Concur — Eager, J. P., Capozzoli, Tilzer, Rabin and Bastow, JJ.